# IN THE UNITED STATE DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Amy Burt, in her capacity | ) | |
| As Administrator and Personal | ) | |
| Representative For the Estate of | ) | |
| Timothy Burt, deceased | ) | |
|     Plaintiff, | ) | JURY DEMAND |
| | ) | |
| VS | ) | |
| | ) | DOC. NO. 1:23-CV-00192-CEA-CHS |
| Hamilton County, Tennessee, and | ) | |
| Hamilton County Sheriff | ) | |
| Jim Hammond (in both his official | ) | |
| capacity and individually), | ) | |
|     Defendants. | ) | |

## NOTICE OF SERVICE

Counsel for Plaintiff gives notice and hereby files this *Notice of Service of Plaintiff's Requests for Production* on Defendant Hamilton County, Tennessee and Hamilton County Sheriff Jim Hammond on March 12, 2023 to counsel for each Defendant electronically.

                                            **MCKOON, WILLIAMS, ATCHLEY & STULCE, PLLC**

                                            By:  */s/ James R. McKoon*
                                                    **JAMES R. McKOON, BPR #009554**
                                                    **KYLE S. McGUIRE, BPR #040023**
                                                    *Attorneys for Plaintiffs*
                                                    633 Chestnut Street, Suite 1500
                                                    Chattanooga, TN 37450
                                                    (423) 756-6400/fax: (423) 756-8600
                                                    Email: jmckoon@mwalawfirm.com
                                                    Email: kmcguire@mwalawfirm.com

                                                    and

                                                    **BRANDY SPURGIN FLOYD (#030434)**
                                                    ***SPURGIN & MATTINGLY***
                                                    110 Somerville Avenue, Suite 266
                                                    Chattanooga, TN 37405
                                                    (423) 521-0044 / fax: (423) 402-9471
                                                    Email:  brandy@chattlawforall.com

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system as set forth in the electronic filing receipt or U.S. Mail as set forth below on this the 13th day of March, 2024. Parties may access this filing through the Court's electronic filing system.

                                          */s/ James R. McKoon*
                                    McKoon, Williams, Atchley & Stulce, PLLC